IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JAMES ROBERT HOPE,

     Appellant,

v.

                            Case No.  5D22-811
                            LT Case No. 2013-CF-001041-AX

STATE OF FLORIDA,

     Appellee.

_____/

Opinion filed July 1, 2022

3.800 Appeal from the Circuit Court
for Putnam County,
Howard O. McGillin, Jr., Judge.

James R. Hope, Lake City, pro se.

No Appearance for Appellee.

PER CURIAM.

     James Hope appeals the denial of his "Petition for Resentencing." We

treat the Petition as a Motion pursuant to Florida Rule of Criminal Procedure

3.800(a) and affirm the trial court's denial.

     AFFIRMED.

EVANDER, COHEN and WOZNIAK, JJ., concur.